235 So.2d 102

**STATE of Louisiana**

v.

**Leonard BASTIDA.**

**No. 50621.**

May 27, 1970.

Application denied. It does not appear that the trial judge has abused his discretion in denying the motion for a continuance.

BARHAM, J., is of the opinion the writ should be granted.